UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

       v.                           :     07 Cr.

ANNIE DARDEN,                       :

            Defendant.         :     **08 CRIM 129**

- - - - - - - - - - - - - - - - -x



## COUNT ONE

The United States Attorney charges:

From in or about June 2000, through in or about February 2007, in the Southern District of New York and elsewhere, ANNIE DARDEN, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Agriculture, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted, with an aggregate value exceeding $1,000, to wit, DARDEN received food stamps subsidies, to which she was not entitled, through fraud and deceit.

    (Title 18, United States Code, Sections 641 and 2.)

                                           */s/ Michael J. Garcia*
                                           MICHAEL J. GARCIA
                                           United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 15 2008