```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :     08 Cr.

        - v. -                  :

ANNIE DARDEN,                   :

            Defendant.          :

- - - - - - - - - - - - - - - x
```

       The above-named defendant, who is accused of violating 18 U.S.C. §§ 641 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       February 15, 2008

**08 CRIM 129**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 15 2008

0202