**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :   NOTICE OF INTENT TO
                                    FILE AN INFORMATION
        - v. -                  :

ANNIE DARDEN,                   :   08CR129

        Defendant.              :   JUDGE BATTS

- - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         January 9, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     _____
                                Kenneth A. Polite
                                Assistant United States Attorney


                                AGREED AND CONSENTED TO:

                        By:     _____
                                John J. Byrnes, Esq.
                                Attorney for Annie Darden

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
1/9/08

1/9/08  WHEEL A