```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 19 Jun 08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

           -against-                     08 Cr. 129 (DAB)
                                             ORDER

ANNIE DARDEN,

           Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge

    Based on the representation of Defense Counsel that, because the Pre-Sentence Report is not yet complete, the Defendant's sentencing submissions will not be ready one week in advance of the scheduled sentencing date, June 30, 2003, the sentencing is hereby adjourned <u>sine die</u>. Parties submissions are due 30 days from the date of completion of the final Pre-Sentence Report.

SO ORDERED.

Dated:    New York, New York
           June 19, 2008

                                                    DEBORAH A. BATTS
                                          United States District Judge